FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2001 AUG -6  P 4: 38

CLERK'S OFFICE
BALTIMORE

BY_____ DEPUTY

| | |
|---|---|
| HALLMARK LICENSING, INC., ) <br> a Delaware Corporation, ) <br> 2440 Pershing Road, Kansas City, MO ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BARTON-COTTON, INC., ) <br> a Maryland Corporation ) <br> 1405 Parker Rd., Baltimore, MD ) <br> Baltimore County ) <br> ) <br> and ) <br> ) <br> BARTON-COTTON SALES CORPORATION, ) <br> a Maryland Corporation, ) <br> 1405 Parker Rd., Baltimore, MD ) <br> Baltimore County ) <br> ) <br> Defendants. ) <br> ) | Case No. MJG 01CV2224 <br><br> ___FILED  ___ENTERED <br> ___LODGED  ___RECEIVED <br><br> AUG  8 2001 <br><br> AT BALTIMORE <br> CLERK U.S. DISTRICT COURT <br> DISTRICT OF MARYLAND <br>                     DEPUTY |

## NOTICE OF DISMISSAL

Under Fed. R. Civ. P. 41(a)(1), Plaintiff Hallmark Licensing, Inc. hereby dismisses its action against the above-named Defendants, with prejudice. Since Defendants have neither answered nor moved for summary judgment in this case, Plaintiff Hallmark need not obtain the Defendants' consent to do so. See Fed. R. Civ. P. 41(a)(1); *Scoggins v. Douglas*, 760 F.2d 735, 738 (4th Cir. 1985).

56160

Respectfully submitted,

*[signature]*

Alan M. Fisch, Esq.
Michael N. Clark, Esq. Maryland Bar No.24628
HOWREY SIMON ARNOLD & WHITE, LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20009
Tel: (202) 783-0800
Facsimile: (202) 383-6610

Albert P. Mauro, Jr., Esq.
HALLMARK LICENSING, INC.
2501 McGee Trafficway, Legal Division #339
P.O. Box 419126
Kansas City, Missouri 64108
Tel: (816) 545-3187
Facsimile: (816) 274-7171

Counsel for HALLMARK LICENSING, INC.

Dated: August 6, 2001

*Approved this 7th day of August, 2001.*

*[signature]*

Marvin J. Garbis
United States District Judge